UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------X

United States of America                    SATISFACTION OF JUDGMENT

    -against -                            02-CR-426 (ADS)

TONY PHILLIPS,

              Defendant.

-----------------------------X

        WHEREAS, on September 20, 2002, a judgment was filed in the Office of the Clerk of the above-named Court in favor of the UNITED STATES OF AMERICA, and against the defendant TONY PHILLIPS, in the above-captioned action, for the sum of $250,000.00, secured by the property owned by defendant and located at 52 Gray Ave, Medford, NY 11763,

        WHEREAS, UNITED STATE OF AMERICA no longer retains an interest in said property and judgment,

        THEREFORE, satisfaction of said judgment as set forth in the above paragraph is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to cancel, satisfy and discharge the same.

      Dated: Central Islip, New York
             January 24, 2005

_____
Wayne L. Baker
Assistant United States Attorney
Eastern District of New York